JOHN W. SCOBEY, Jr., PLAINTIFF-RESPONDENT, v. MARY ELIZABETH ROGERS SCOBEY, DEFENDANT-PETITIONER.

*Messrs. Minton, Dinsmore & Bohlinger* for the petitioner.

*Mr. John A. Hartpence* for the respondent.

May 4, 1960. Denied.

EDWARD B. STAFFORD SMITH *ET AL.*, PLAINTIFFS-RESPONDENTS, v. FORTUNATUS S. KIRKPATRICK *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 59 *N. J. Super.* 553.

*Mr. Frank J. Valgenti, Jr.,* and *Mr. Charles M. Judge* for the petitioners.

*Messrs. Shanley & Fisher* and *Mr. J. William Barba* for the respondents.

May 4, 1960. Denied.